IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| MELVIN DAWSON AND<br>JOHN DAVID STRONG,<br><br>        Plaintiffs,<br><br>vs<br><br>CAPTAIN SILAS NELSON, et al,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 98-S-0879-NW<br>)<br>)<br>)<br>)<br>) |

ENTERED
JUN 0 9 1998

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, this case is due to be transferred to the United States District Court for the Southern District of Alabama for further proceedings. An appropriate order will be entered.

DONE, this _9th_ day of June, 1998.

_____
UNITED STATES DISTRICT JUDGE